UNITED STATES BANKRUPTCY COURT FOR THE
EASTER DISTRICT OF VIRGINIA
(Alexandria Division)

IN RE:
SUPER VIDEO, INC.
MOHAMADI, SALEH

Case No. 05-15899 RGM
CHAPTER 7

Debtor(s)

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. Section 347, the undersigned trustee hereby submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. Section 2042 and shall not escheat under any state law. The unclaimed funds represent the dividends due and payable to:

| Creditor's name and Address | Amount of Dividend |
|---|---|
| Zuckerman Gravely Management, Inc.<br>Two Wisconsin Circle<br>Suite 1050<br>Chevy Chase, MD 20815 | $9.00 |
| Byzantine, Inc.<br>1198 Mulberry Street<br>Bridgewater, PA 15009 | $200.09 |
| Byzantine, Inc.<br>1198 Mulberry Street<br>Bridgewater, PA 15009 | $147.76 |
| PA Sicklerville Associates, LP<br>1515 Locust Street<br>8th Floor<br>Philadelphia, PA 19102 | $4.64 |

Date: 5/27/2010

/s/ Marc E. Albert
Marc E. Albert, Trustee
1150 18th Street, NW
Suite 800
Washington, DC 20036

**UNION BANK**
1980 Saturn Street // Monterey Park CA 91755
Unclaimed Funds

16-49/1220
CHECK NUMBER
2001

Marc E. Albert
1150 18th Street, NW
Suite 800
Washington DC 20036

DATE: 5/25/2010

AMOUNT: $*********361.49

PAY TO THE ORDER OF

CASE NUMBER
05-15899

DEBTOR
Debtor: SUPER VIDEO, INC.
Joint Debtor: MOHAMADI, SALEH

*Three Hundred Sixty One Dollars And 49/100*

Clerk Of The Court
U.S. Bankruptcy Court
for the Eastern District of Virginia - Alexandria Division
200 S. Washington Street
Alexandria, VA 22314-5405

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE

THIS CHECK VOID AFTER 90 DAYS

⑈00 2001⑈ ⑆122000496⑆ 213166443 1⑈